UNITED STATES v. KUMEKICHI TSUGAWA. (Circuit Court of Appeals, Ninth Circuit. May 12, 1915.) No. 2590. Appeal from the District Court of the United States for the Territory of Hawaii. Jeff McCarn, U. S. Atty., and J. W. Thompson, Asst. U. S. Atty., both of Honolulu, T. H. Bitting & Ozawa, of Honolulu, T. H., for appellee.

PER CURIAM. On motion made on behalf of counsel for appellant, appeal dismissed.

---

WHITE v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. August 9, 1915.) No. 2629. In Error to the District Court of the United States for the Northern Division of the Western District of Washington. Vanderveer & Cummings, of Seattle, Wash., for plaintiff in error. Clay Allen, U. S. Atty., of Seattle, Wash.

PER CURIAM. Pursuant to stipulation of counsel for the respective parties filed July 30, 1915, and a certificate of the clerk of the court below, stating the case and certifying that a writ of error was duly sued out and allowed therein, having been filed, ordered and adjudged that the writ of error in this cause be and hereby is dismissed.

---

YUNG v. PRENTIS. (Circuit Court of Appeals, Seventh Circuit, Jan. 12, 1915.) No. 2125. Appeal from the District Court of the Eastern Division of the United States for the Northern District of Illinois. Wm. A. Morrow and Chas. F. Hille, both of Chicago, Ill., for appellant. J. H. Wilkerson, of Chicago, Ill., for appellee.

PER CURIAM Judgment affirmed.